IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA            *

        Plaintiff            *

     v.            CIVIL NO. WMN-02-2823

            *

329 BROOKLYN AVENUE
Federalsburg, Maryland, with all            *
buildings, appurtenances, and
improvements thereon            *

        Defendant            *

\* \* \* \* \* \* \* \* \* \* \* \* \*

ORDER

The above case was filed on August 23, 2002. Since that time, there have been no further

filings, and the Court has received no further communication from the parties. Therefore, it is

this __18ᵗʰ__ day of __November__, 2002, by the United States District Court for the

District of Maryland,

ORDERED:

1. That the plaintiff file a status report with the Clerk **(an original and one copy)**,

within ___14___ days of the date of this Order; and

2. That the Clerk mail or transmit copies to counsel of record.

William M. Nickerson
Senior United States District Judge