IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. WMN 02 CV 2823 |
| 329 BROOKLYN AVENUE, FEDERALSBURG, MARYLAND | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

### STIPULATION FOR EXTENSION OF TIME TO FILE ANSWER

The United States of America and Daisy Bolden, by their undersigned counsel, hereby stipulate to an extension of time to file an answer as follows:

1. Daisy Bolden shall have until and including January 31, 2003 to file an answer.

2. By stipulating to this extension of time for filing an answer, the United States does not waive any claims or defenses that may be available to it on the issue of whether Daisy Bolden timely filed her Statement of Interest and Claim.

Respectfully submitted

Martin H. Schreiber II (22886)
BROWN, GOLDSTEIN & LEVY, LLP
120 East Baltimore St., Suite 1700
Baltimore, Maryland 21202
(410) 962-1030

*Counsel for Daisy Bolden*

Richard C. Kay
Assistant United States Attorney
6625 U.S. Courthouse
101 W. Lombard Street
Baltimore, MD 21201

*Counsel for The United States of America*



APPROVED, this \_\_\_\_7th\_\_\_\_ day of \_\_\_\_January\_\_\_\_, 200 3\_\_\_\_.

_____
William M. Nickerson,
United States District Judge