**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*
*Northern Division*

---

| | | |
|---|---|---|
| *Thomas M. DiBiagio*<br>*United States Attorney*<br><br>*Richard C. Kay*<br>*Assistant United States Attorney* | *6625 United States Courthouse*<br>*101 West Lombard Street*<br>*Baltimore, Maryland 21201-2692* | *410-209-4800*<br>*TTY/TDD:410-962-4462*<br>*410-209-4850*<br>*FAX 410-962-3091* |

March 27, 2003

Honorable William M. Nickerson
Senior United States District Judge
330 U.S. Courthouse
101 W. Lombard Street
Baltimore, Maryland 21201

    Re:   Status in
           United States v. 329 Brooklyn Avenue, etc.
           <u>Civil No. WMN-02-2823</u>

Dear Judge Nickerson:

    This is a civil forfeiture case pertaining to real property located in Caroline County. A claim was recently filed by Daisy Bolden, who is represented by Martin Schreiber, Esquire, and the parties agreed to extend the time for the filing of the Answer indefinitely, so long as we are working towards a settlement.

    Mr. Schreiber and I are still in the middle of serious settlement discussions. If a settlement becomes unlikely, I will notify the Court and allow additional time for the filing of the Answer.

    Mr. Schreiber and I appreciate the Court's indulgence for this informal stay, and we will continue to work as quickly as is possible towards a resolution of this matter. I will provide an updated status report on or before May 29, 2003, if the case is not concluded by then.

                                   Very truly yours,

                                   Thomas M. DiBiagio
                                   United States Attorney


                                   _____
                                   Richard C. Kay
                                   Assistant United States Attorney

cc:  Martin H. Schreiber II, Esq.