**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*
*Northern Division*

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2003 AUG -4  P 2:57

CLERK'S OFFICE
AT BALTIMORE

_____ DEPUTY

| | | |
|---|---|---|
| *Thomas M. DiBiagio*<br>*United States Attorney*<br><br>*Richard C. Kay*<br>*Assistant United States Attorney* | *6625 United States Courthouse*<br>*101 West Lombard Street*<br>*Baltimore, Maryland 21201-2692* | *410-209-4800*<br>*TTY/TDD:410-962-4462*<br>*410-209-4850*<br>*FAX 410-962-3091* |

July 31, 2003

Honorable William M. Nickerson
Senior United States District Judge
330 U.S. Courthouse
101 W. Lombard Street
Baltimore, Maryland 21201

    Re:  Status in
           United States v. 329 Brooklyn Avenue, etc
           Civil No. WMN-02-2823

Dear Judge Nickerson:

    This is a civil forfeiture case pertaining to real property located in Caroline County. The parties are pleased to advise you that we recently reached an agreement in principle and the claimant presently has the government's written offer under review. As soon as the agreement is signed, the government will submit a motion requesting an order of forfeiture in accordance with the agreement.

    I will provide an updated status report on or before September 30, 2003, if the case is not concluded by then.

                                       Very truly yours,
                                       Thomas M. DiBiagio
                                       United States Attorney

                                       Richard C. Kay
                                       Assistant United States Attorney

cc:  Martin H. Schreiber II, Esq

