RCK:brooklyn ave final

```
             IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF MARYLAND
                      Northern Division
```

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2003 AUG -6  P 1:38
CLERK'S OFFICE
AT BALTIMORE
_____DEPUTY

**UNITED STATES OF AMERICA,**
    Plaintiff,

v

329 BROOKLYN AVENUE, etc.        Civil No. WMN-02-2823
    Defendant,

and

**DAISY BOLDEN,**
    Claimant.       :

oOo

## FINAL ORDER OF FORFEITURE

Upon review of the government's Motion for Final Order of Forfeiture, which was filed with the apparent concurrence of the claimant, and the pertinent record, it is this ___6th___ day of August 2003, **ORDERED, ADJUDGED, AND DECREED** as follows:

    1    The United States of America has provided notice of the pendency of this forfeiture action in accordance with 18 U.S.C. section 985;

    2.    The time for the filing of any claim to contest this forfeiture has expired and no claimant, other than Daisy Bolden has come forward;

    3    The United States of America has shown that there was reasonable cause for the initiation of the forfeiture action within the meaning of 28 U.S.C. section 2465;

4. The claimant has agreed to submit a check in the amount of $2,500 to stand as the substitute defendant and the government has agreed to release the defendant property;

5. The substitute defendant property is condemned and all rights, title, and interest of Daisy Bolden, and any and all other persons, are hereby forfeited to the United States of America in accordance with the Settlement Agreement that is annexed as **Exhibit B** to the government's motion; and

6. The United States Marshal Service shall dispose of the substitute defendant property  a  rdance with law and in accordance with the Settlement Agreement annexed as **Exhibit B** to the government's motion

_____
William M. Nickerson
United States District Judge

2